IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00062-RM-KLM

WESTON HERRING, on behalf of himself and others similarly situated,

    Plaintiff,

v.

THUNDER RIDGE TRUCKING & FILTRATION, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for 14-Day Extension of Remaining Case Management Deadlines** [#40] (the "Motion") and on the **Order Referring Case** [#19] entered by District Judge Raymond Moore.

    IT IS HEREBY **ORDERED** that the Motion [#40] is **GRANTED**. The fact discovery cut-off is extended to **December 14, 2015**, and the dispositive motions deadline is extended to **January 18, 2016**.

    IT IS FURTHER **ORDERED** that a Final Pretrial Conference is set for **April 18, 2016** at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **April 11, 2016**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Dated: November 23, 2015