Case 1:15-cv-00062-RM-KLM   Document 48   Filed 03/25/16   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00062-RM-KLM

WESTON HERRING, on behalf of himself and others similarly situated,

    Plaintiff,

v.

THUNDER RIDGE TRUCKING & FILTRATION, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Stay Remaining Case Management Deadlines** [#46] (the "Motion"). Although the parties frame the Motion as a request for a stay, the only deadline to which they direct the Court's attention is the deadline to file the proposed Final Pretrial Order (April 11, 2016). The Final Pretrial Conference is set for April 18, 2016. In light of the parties' pending Joint Motion for Approval of Settlement [#43], which would dispose of all claims in this action, the Court construes the Motion as a request to vacate the Final Pretrial Conference. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED** as follows: The April 11, 2016 deadline to submit the proposed Final Pretrial Order is **VACATED**, and the Final Pretrial Conference set for April 18, 2016, at 10:00 a.m. is **VACATED**. The Final Pretrial Conference shall be reset, if necessary, after resolution of the Joint Motion for Approval of Settlement [#43]

    Dated:  March 25, 2016